UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DEANNE WILSON-POIRIER,
    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV 06 - 6270-HO

ORDER

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $6494.50 and costs in the amount of $0.00, for a total of $6494.50, are awarded to Plaintiff and shall be paid directly to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 7th day of September, 2007.

*/s/ Michael R. Hogan*
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

Page -1-    ORDER    [CV 06 - 6270 - HO]